UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Kenneth Imhotep Vaughn Bey,

Plaintiff

v.

Moser Leland V. & Ineze,

Defendant

Case No.: 2:21-cv-1840-JAD-VCF

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF Nos. 1, 3]

      Plaintiff Kenneth Imhotep Vaughn Bey brings this case against Moser Leland V. & Ineze. The magistrate judge reviewed the complaint (titled as an "Affidavit"), deemed it frivolous and delusional, and issued a report and recommendation to dismiss this case with prejudice.[1] The deadline for the plaintiff to object to that recommendation was November 18, 2021, and the plaintiff neither filed objections nor moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the R&R, I find good cause to adopt it, and I do.

      Accordingly, IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 3] is ADOPTED** in full;

      IT IS FURTHER ORDERED THAT **this case is dismissed with prejudice as frivolous and delusional**. The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE. The Application to Proceed In Forma Pauperis **[ECF No. 1] is DENIED**

---

[1] ECF No. 3.

[2] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

as moot. Plaintiff is cautioned that continuing to file frivolous lawsuits may result in adverse consequences, including possible sanctions or a finding that he is a vexatious litigant.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 24, 2021